**UNITED STATES DISTRICT COURT**    **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Sarah Osborn, et al.
   *Plaintiff(s),*

v.   Case No. 4:25−cv−02918

Houston Independent School District, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Initial Conference**

DATE: **10/23/2025**

TIME: **02:15 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                            Date: September 15, 2025

By Deputy Clerk, A. Rivera